IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SEDGWICK CMS/SPHERION
AND BREVARD COUNTY
SCHOOL BOARD,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellants,

CASE NO. 1D15-4052

v.

MARY HEKTNER,

Appellee.

_____/

Opinion filed April 1, 2016.

An appeal from an order of the Judge of Compensation Claims.
Robert L. Dietz, Judge.

Date of Accident: April 20, 1995.

William H. Rogner of Hurley, Rogner, Miller, Cox & Waranch, P.A., Winter Park, for Appellants.

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellee.


PER CURIAM.

    AFFIRMED.

ROBERTS, C.J., LEWIS and RAY, JJ., CONCUR.